**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUN 22 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 01200 - $\beta_N\beta$**

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MICHAEL MARTINSSON MILLER a/k/a MICHAEL MURPHY,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner, Official and Personal Capacity, and
JOHN DOE, Title Unknown, Official and Personal Capacity,

     Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Motion to Proceed In Forma Pauperis, and a Prisoner

Complaint. The court has determined that the documents are deficient as described in

this order. Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action. Plaintiff will be directed to cure the following if he wishes to

pursue his claims. Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing
(4)   __    is missing required financial information
(5)   __    is missing an original signature by the prisoner
(6)   X    is not on proper form (must use the court's current form)

(7)  ___  names in caption do not match names in caption of complaint, petition or
          habeas application
(8)  ___  An original and a copy have not been received by the court.
          Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application**:
(10) ___  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court.  Only an
          original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been
          received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __20th__ day of __June__, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01200** -βɴβ

Michael Murphy a/k/a
Michael Martinsson Miller
Prisoner No. 200500007571
Arapahoe County Jail
P.O. Box 4918
Centennial, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on _6 - 22 -06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk